◼ In the Matter of Avis Quezada, Petitioner, v Glenn S. Goord, as Commissioner of Correctional Services, Respondent. [797 NYS2d 323]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner physically restrained another inmate while a third inmate stabbed him with a pen and was later charged in a

misbehavior report with assaulting an inmate and engaging in violent conduct. He was found guilty of both charges following a tier III disciplinary hearing and the determination was affirmed on administrative appeal. This CPLR article 78 proceeding ensued.*

We confirm. Upon reviewing the record, we find no indication that the Hearing Officer was biased or that the determination of guilt flowed from any alleged bias (*see Matter of Black v Goord*, 12 AD3d 1005, 1006 [2004]; *Matter of Brown v Goord*, 11 AD3d 857, 858 [2004]). Inasmuch as petitioner's remaining contentions were neither raised at the disciplinary hearing nor in his administrative appeal, they are not preserved for our review and, in any event, are unavailing (*see Matter of Rosario v Goord*, 12 AD3d 758, 759 [2004]; *Matter of Cummings v Goord*, 10 AD3d 748, 749 [2004]).

Cardona, P.J., Mercure, Peters, Rose and Kane, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

---

* Although petitioner raised a question of substantial evidence in his petition resulting in the proper transfer of the proceeding to this Court, he has abandoned that issue by not raising it in his brief (*see Matter of Vallade v Goord*, 11 AD3d 786, 787 n [2004]).